UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT V. RODGERS,<br>      Plaintiff,<br><br>v.<br><br>PREFERRED CAROLINAS REALTY, INC.;<br>JAMES E. ALLEN, JR.; JIM ALLEN GROUP,<br>INC.; HARRY JAMES THORPE; RANDALL<br>EICHORN; LISA EICHORN; W. SIDNEY<br>ALDRIDGE; and, NICHOLLS &<br>CRAMPTON, P.A.,<br><br>      Defendants.<br>-----------------------------------------------------------<br>IN RE:<br><br>    ROBERT V. RODGERS,<br><br>    Debtor.<br>    Case No. 09-09124-8-ATS<br>    Adversary Case No. 10-00171-8-ATS | **JUDGMENT**<br><br>No. 5:13-CV-763-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal by Robert Rodgers, debtor, from an order of the United States Bankruptcy Court dated September 16, 2013

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 26, 2013, and for the reasons set forth more specifically therein, that the decision of the bankruptcy court is AFFIRMED and the Eichorn defendants' motion for judgment on the pleadings is GRANTED.

**This Judgment Filed and Entered on November 26, 2013, and Copies To:**

Ralph Hayes Hofler, III (via CM/ECF Notice of Electronic Filing)
Bryan T. Simpson (via CM/ECF Notice of Electronic Filing)
William P. Janvier (via CM/ECF Notice of Electronic Filing)


November 26, 2013                     JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk